## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENGRA S TAYLOR                             Chapter 13
LUIS M MENA JR

                    Debtor         Bankruptcy No. 15-18452-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___11th___ day of ___August___, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
TIMOTHY WILFONG
20 S MAIN ST

PHOENIXVILLE, PA 19460-

Debtor:
KENGRA S TAYLOR
LUIS M MENA JR
P.O. BOX 148

PHOENIXVILLE, PA 19468-