United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-18452-mdc
Kengra S Taylor                                                     Chapter 13
Luis M Mena, Jr.
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR              Page 1 of 2              Date Rcvd: Aug 15, 2016
                              Form ID: pdf900           Total Noticed: 47
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2016.

```
db          +Kengra S Taylor,    MAILING ADDRESS:,    PO Box 148,    Phoenixville, PA 19460-0148
db          +Kengra S Taylor,    120 Meadowview Lane,    Mont Clare, PA 19453-5124
jdb         +Luis M Mena, Jr.,    MAILING ADDRESS:,    PO Box 148,    Phoenixville, PA 19460-0148
jdb         +Luis M Mena, Jr.,    120 Meadowview Lane,    Mont Clare, PA 19453-5124
aty         +Timothy E Wilfong,    20 S. Main Street, Ste. 1,    Phoenixville, PA  19460,
              UNITED STATES 19460-3436
13642706   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
            (address filed with court:   Americredit Financial Services dba GM Financial,    PO Box 183853,
              Arlington TX 76096)
13663889    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
13726769     American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
              Carol Stream, IL  60197-5008
13660846     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13637974     Capital One Bank N.A.,    Attn: Bankruptcy Dept.,    PO Box 30285,
              Salt Lake City, UT 84130-0285
13637975     Citibank Usa,    PO Box 6500,    Sioux Falls, SD 57117-6500
13710149     Commonwealth of Pennsylvania,    Department of Labor & Industry,    651 Boas Street,
              Harrisburg, PA 17120-0750
13637977     First PREMIER Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
13637978    +GM Financial,    Attention: Bankruptcy,    PO Box 183853,    Arlington, TX 76096-3583
13729180    +Galway Financial Services LLC,    1290 W. Spring St. SE.,    Suite 270,    Smyrna, GA 30080-3690
13656941    +Lease Rental,    45 Haverhill Street,    Andover, MA 01810-1499
13637980    +Medical Data Systems I,    2001 9th Ave,    Suite 312,    Vero beach, FL 32960-6413
13664605    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13637981     Midland Mortgage,    Attn: Customer Service Center,    P.O. Box 26648,
              Oklahoma City, OK 73126-0648
13637982    +PECO Customer Service Center,    2301 Market Street,    Philadelphia, PA 19103-1338
13656942     Paoli Hospital,    255 W Lancaster Ave,    Paoli, PA 19301-1793
13656943     Pennsylvania Unemployment Comp Fund,    PO Box 60130,    Harrisburg, PA 17106-0130
13656944     Phoenixville Hospital,    1605 Valley Center Parkway,    Suite 200,    Bethlehem, PA 18017-2345
13672152    +Phoenixville Hosptial c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
13647259    +Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
13637985     Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
13637986    +Timothy E. Wilfong, Esquire,    Law Office of Timothy E Wilfong LLC,    20 South Main Street,
              Phoenixville, PA 19460-3436
13637987    +US Dept of Education,    400 Maryland Avenue, SW,    Washington, D.C 20202-0008
13656945    +Valley Forge OB/GYN,    799 Gay Street,    Phoenixville, PA 19460-4409
13656947     Verizon Wireless,    Attn: Correspondence Team,    PO Box 5029,    Wallingford, CT 06492-7529
13637988     West Asset Management,    2703 W Highway 75,    Sherman, TX 75092
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: bankruptcy@phila.gov Aug 16 2016 09:01:43     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 16 2016 09:01:42     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13658908    +E-mail/Text: g17768@att.com Aug 16 2016 09:01:32     AT&T Corp.,    c/o AT&T Services, Inc.,
              Karen A. Cavagnaro-Lead Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
13656940     E-mail/Text: g20956@att.com Aug 16 2016 09:01:46     AT&T Mobility,    PO Box 537104,
              Atlanta, GA 30353-7104
13644503     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2016 01:35:23
              American InfoSource LP as agent for,    Spot Loan,    PO Box 248838,
              Oklahoma City, OK  73124-8838
13649545    +E-mail/Text: bnc@atlasacq.com Aug 16 2016 09:01:33     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
13638648    +E-mail/Text: bankruptcy@cavps.com Aug 16 2016 09:01:41     Cavalry Investments, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13723033    +E-mail/Text: bncmail@w-legal.com Aug 16 2016 09:01:40     Cerastes, LLC,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13637976    +E-mail/Text: bknotice@erccollections.com Aug 16 2016 09:01:38     Enhanced Recovery Corp,
              Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13637979    +E-mail/Text: bkynotice@harvardcollect.com Aug 16 2016 09:01:47     Harvard Collection,
              4839 N Elston Ave,    Chicago, IL 60630-2589
13644753     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2016 01:34:53
              LVNV Funding, LLC its successors and assigns as,    assignee of Bluestem Brands, Inc.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13675143    +E-mail/Text: bankruptcygroup@peco-energy.com Aug 16 2016 09:01:34     PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13662182     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2016 09:01:35
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg PA 17128-0946
```

```
District/off: 0313-2           User: DonnaR                 Page 2 of 2                   Date Rcvd: Aug 15, 2016
                               Form ID: pdf900              Total Noticed: 47


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13637983         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 16 2016 01:34:54      Regional Acceptance Corp,
                 621 West Newport Pike,    PO Box 3151,   Wilmington DE 19804-0151
13660327         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 16 2016 01:34:54      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13637984        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2016 01:34:53
                 Resurgent Correspondence,    PO Box 10497,   Greenville, SC 29603-0497
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE           Americredit Financial Services dba GM Financial
13701683       Commonwealth of Pennsylvania, Department of Labor
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
dft*           Regional Acceptance Corporation,   PO Box 1847,   Wilson, NC 27894-1847
13656946      ##Verizon,   PO Box 11328,   St Petersburg, FL 33733-1328
                                                                                   TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              TIMOTHY    WILFONG    on behalf of Debtor Kengra S Taylor timwilfong@aol.com,    notice1776@gmail.com
              TIMOTHY    WILFONG    on behalf of Plaintiff Luis M Mena, Jr. timwilfong@aol.com,
               notice1776@gmail.com
              TIMOTHY    WILFONG    on behalf of Joint Debtor Luis M Mena, Jr. timwilfong@aol.com,
               notice1776@gmail.com
              TIMOTHY    WILFONG    on behalf of Attorney Timothy E Wilfong timwilfong@aol.com,
               notice1776@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENGRA S TAYLOR  
LUIS M MENA JR

Chapter 13

Debtor

Bankruptcy No. 15-18452-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _11th_ day of _August_, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_  
Magdeline D. Coleman  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
TIMOTHY WILFONG  
20 S MAIN ST

PHOENIXVILLE, PA 19460-

Debtor:  
KENGRA S TAYLOR  
LUIS M MENA JR  
P.O. BOX 148

PHOENIXVILLE, PA 19468-