**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| Kengra S. Taylor | : | Chapter 13 |
| Luis M. Mena, Jr. | : | Bankruptcy No. 15-18452 |
| Debtor(s) | : | |

**CERTIFICATE OF NO OBJECTION
TO MOTION TO APPROVE DISTRIBUTION OF PRE-CONFIRMATION PAYMENTS
HELD BY THE CHAPTER 13 TRUSTEE TO DEBTORS' COUNSEL FOR
OUTSTANDING LEGAL FEES.**

The undersigned hereby certifies that no creditors or parties of interest have objected to the MOTION TO APPROVE DISTRIBUTION OF PRE-CONFIRMATION PAYMENTS HELD BY THE CHAPTER 13 TRUSTEE TO DEBTORS' COUNSEL FOR OUTSTANDING LEGAL FEES, although the requisite objection period has passed.

RESPECTFULLY SUBMITTED,

Date: 08/30/2016

/s/ Timothy E. Wilfong, Esq.

_____
Timothy E. Wilfong, Esq.
20 S. Main Street
Phoenixville, PA 19460
Attorney ID: 208737
(610) 935-5555
(610) 680-3910 (Fax)