IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

Kengra S. Taylor                                :          Chapter 13
Luis M. Mena, Jr.                               :          Bankruptcy No. 15-18452


                          Debtor(s)             :

**ORDER TO APPROVE DISTRIBUTION OF PRE-CONFIRMATION PAYMENTS HELD
BY THE CHAPTER 13 TRUSTEE TO DEBTOR'S COUNSEL FOR OUTSTANDING
LEGAL FEES.**

**AND NOW,** this        day of                  , 2016, it is hereby:

**ORDERED** and **DECREED** that Debtors' counsel's motion requesting distribution of pre-

confirmation payments held by the Chapter 13 Trustee to Debtors' counsel for outstanding legal fees**,**

is hereby granted, and funds shall be distributed to Debtors' counsel in an amount up to Debtors'

counsel's approved legal fees (in the case that the Chapter 13 Trustee pre-confirmation payments held are

less than Debtors' counsel's approved fees), minus any Trustee administration fee.


                              _____
                                                                    J.

                              United States Bankruptcy Judge